B1 (Official Form 1)(1/08)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| Northern District of Illinois | |

| Name of Debtor (if individual, enter Last, First, Middle): **Perea, Luis A** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Perea, Laura E** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **FKA Laura E Pfeiffer; AKA Laura Elena Cid** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-4347** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-3756** |
| Street Address of Debtor (No. and Street, City, and State): **10 South 146 Oneill Drive** **Burr Ridge, IL**                           ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State): **10 South 146 Oneill Drive** **Burr Ridge, IL**                           ZIP Code **60527** |
| County of Residence or of the Principal Place of Business: **Dupage** | County of Residence or of the Principal Place of Business: **Dupage** |
| Mailing Address of Debtor (if different from street address):                           ZIP Code | Mailing Address of Joint Debtor (if different from street address):                           ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1- 49 | 50- 99 | 100- 199 | 200- 999 | 1,000- 5,000 | 5,001- 10,000 | 10,001- 25,000 | 25,001- 50,000 | 50,001- 100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)** Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Perea, Luis A** <br> **Perea, Laura E** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Perea, Luis A**  <br> **Perea, Laura E** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Luis A Perea**
Signature of Debtor  **Luis A Perea**

X **/s/ Laura E Perea**
Signature of Joint Debtor **Laura E Perea**

Telephone Number (If not represented by attorney)

**June 25, 2009**
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**June 25, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Luis A Perea
       Laura E Perea

                                                    Case No.
                                    Debtor(s)       Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      /s/ Luis A Perea
                          Luis A Perea

Date:   June 25, 2009

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Luis A Perea
      Laura E Perea                   Case No. _____
                                       Debtor(s)       Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Laura E Perea
                      Laura E Perea

Date:  June 25, 2009

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Luis A Perea,**
      **Laura E Perea**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 10,800.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 45,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 1,749,358.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,155.58 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,150.83 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| | | Total Assets | 10,800.41 | | |
| | | | Total Liabilities | 1,794,358.72 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Luis A Perea,**
  **Laura E Perea**

                 ,
             Debtors

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re  **Luis A Perea,**                                           Case No. _____
        **Laura E Perea**
_____ ,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Luis A Perea,**                                              Case No. _____

**Laura E Perea,**

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banco Popular - Checking Account no. XXXXXX8097** | J | 798.27 |
| | | **Premier Bank - Checking Account no. XXXXXX1483** | J | 6.31 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Lucian Coltea, Landlord for Debtor's Residence** | J | 2,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Twin Bed, King Bed, Bunk Bed, Sofa, 3 Armchairs, Dining Set, 3 TVs, Armoire, 3 Barstools, Laptop, Fax Machine, Coffee Table, Space Heater, Misc. Kids Toys, Space Heater, DVD Player, DVDs, Desk, Bookcase, Full Bed, Twin Bed, Couch, Dining Table w/ Bench & 5 Chairs, Armoire, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Household Goods.** | J | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, 6 Paintings** | J | 200.00 |
| 6.  Wearing apparel. | | **Necessary Wearing Apparel** | J | 2,000.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry** | J | 350.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **3 Children's Bikes, 2 Adult Bikes, Tricycle** | J | 250.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Whole Life Insurance Policy no. V1145924** | W | 1,655.83 |

                                                                   Sub-Total >          **10,800.41**
                                                                 (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Luis A Perea,**
      **Laura E Perea**                            Case No. _____

                                            ,
                               Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Bombon Cafe Corporation - Sole Shareholders | J | 0.00 |
| | | Bombon Incorporated - Sole Shareholders | J | 0.00 |
| | | Bombon 4, Inc. - Sole Shareholder | H | 0.00 |
| | | Gaby's Bakeshop and Cafe Corporation - 50% Shareholder | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                             Sub-Total >       **0.00**
                                         (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Luis A Perea,**                                        Case No. _____
       **Laura E Perea,**
                                                    ,
                          Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark "Bombon"** | **W** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Luis A Perea,**                                        Case No. _____
          **Laura E Perea**

                                                    ,
                                   Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **10,800.41** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Luis A Perea,**                                        Case No. _____
         **Laura E Perea**

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Banco Popular - Checking Account no. XXXXXX8097** | **735 ILCS 5/12-1001(b)** | **798.27** | **798.27** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit held by Lucian Coltea, Landlord for Debtor's Residence** | **735 ILCS 5/12-901** | **2,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **Twin Bed, King Bed, Bunk Bed, Sofa, 3 Armchairs, Dining Set, 3 TVs, Armoire, 3 Barstools, Laptop, Fax Machine, Coffee Table, Space Heater, Misc. Kids Toys, Space Heater, DVD Player, DVDs, Desk, Bookcase, Full Bed, Twin Bed, Couch, Dining Table w/ Bench & 5 Chairs, Armoire, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Household Goods.** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, 6 Paintings** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **2,000.00** |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **3 Children's Bikes, 2 Adult Bikes, Tricycle** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Whole Life Insurance Policy no. V1145924** | **735 ILCS 5/12-1001(b)** | **1,655.83** | **1,655.83** |

Total:    **10,754.10**    **10,754.10**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Luis A Perea,**
      **Laura E Perea**
_____,
              Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Luis A Perea,**                                                    Case No. _____
       **Laura E Perea**
                                                                          ,
_____
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Luis A Perea,**                                  Case No. _____
      **Laura E Perea**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-9531**<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664-0338** | - | | **2005-2007**<br><br>**Corporate Taxes** | X | X | X | 45,000.00 | | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet <u> 1 </u> of <u> 1 </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 45,000.00 | 0.00<br>0.00 |
| Total<br>(Report on Summary of Schedules) | 45,000.00 | 0.00<br>0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Luis A Perea,**
       **Laura E Perea,**

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1027**<br><br>**A-Midwest Board-Up, Inc.**<br>**PO Box 222**<br>**Lincolnshire, IL 60069** | | H | **2008**<br>**Trade Credit** | | | | 445.00 |
| Account No. **xxx5057**<br><br>**ADT Security Services, Inc.**<br>**14200 E Exposition Avenue**<br>**Aurora, CO 80012-2540** | | H | **2007**<br>**Services** | | | | 98.78 |
| Account No.<br><br>**Representing:**<br>**ADT Security Services, Inc.** | | | **Apelles**<br>**PO Box 1197**<br>**Westerville, OH 43086-1197** | | | | |
| Account No. **xxxxx-xxxxx7409**<br><br>**ADT Security Services, Inc.**<br>**14200 E Exposition Avenue**<br>**Aurora, CO 80012-2540** | | - | **2007**<br>**Corporate Debt** | X | X | X | 3,119.54 |
| | | | | | Subtotal<br>(Total of this page) | | 3,663.32 |

  **30**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                S/N:20289-090414   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
        **Laura E Perea**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**ADT Security Services, Inc.** | | | | | **Law Offices of Barry Serrota & Assoc.**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** | | | | |
| Account No.<br><br>**Representing:**<br>**ADT Security Services, Inc.** | | | | | **Valentine & Kebartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842** | | | | |
| Account No. **xxxx-xxxx-xxxx-0018**<br><br>**Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, UT 84130-0715** | - | | | | **2008 and prior years**<br>**Corporate Debt** | X | X | X | **34,758.08** |
| Account No.<br><br>**Representing:**<br>**Advanta Bank Corp.** | | | | | **Federated Financial Corp. of America**<br>**30955 Northwestern Highway**<br>**Farmington, MI 48334** | | | | |
| Account No.<br><br>**Akram Zanayed and Associates**<br>**8550 South Harlem**<br>**Suite G**<br>**Bridgeview, IL 60455** | J | | | | **2008**<br>**Listed For Notice Purposes** | | | | **0.00** |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,758.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**
    **Laura E Perea**
                                               ,

Case No. _____

                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **AH Financial Account** <br><br>**Alejandro Hurtado** <br>**1800 West 18th Street** <br>**Chicago, IL 60608** | - | | | **2007** <br>**Corporate Debt** | X | X | X | **6,850.00** |
| Account No. <br><br>Representing: <br>**Alejandro Hurtado** | | | | **KSD - Law P.C.** <br>**1328 West 18th Street** <br>**Chicago, IL 60608** | | | | |
| Account No. **x-xxxx-xxx5182** <br><br>**Allied Waste Services** <br>**2608 South Damen** <br>**Chicago, IL 60608** | - | | | **2008** <br>**Corporate Debt** | X | X | X | **1,860.10** |
| Account No. <br><br>Representing: <br>**Allied Waste Services** | | | | **CMI Legal Forwarding** <br>**Andrew J. McClure, Esq.** <br>**PO Box 28851** <br>**Philadelphia, PA 19151** | | | | |
| Account No. <br><br>Representing: <br>**Allied Waste Services** | | | | **Credit Mediators, Inc.** <br>**PO Box 456** <br>**Upper Darby, PA 19082** | | | | |

Sheet no. __**2**___ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,710.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                                      Case No. _____
         **Laura E Perea**
_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x1003**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | H | | **2007 and prior years**<br>**Periodic Purchases** | | | | 10,249.68 |
| Account No.<br><br>Representing:<br>**American Express** | | | | **Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | | |
| Account No.<br><br>Representing:<br>**American Express** | | | | **GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | | |
| Account No. **xxxx-xxxxxx-x3003**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | | **2007 and prior years**<br>**Corporate Debt** | X | X | X | 24,000.04 |
| Account No.<br><br>Representing:<br>**American Express** | | | | **Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | | | |

Sheet no. __3___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **34,249.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**
    **Laura E Perea**                                                Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**American Express** | | | | **Law Offices of Mitchell N. Kay, P.C.**<br>**PO Box 2374**<br>**Chicago, IL 60690-2374** | | | | |
| Account No.<br><br>**Representing:**<br>**American Express** | | | | **Nationwide Credit, Inc.**<br>**3010 Corporate Way**<br>**Miramar, FL 33025-6547** | | | | |
| Account No.<br><br>**Representing:**<br>**American Express** | | | | **United Recovery Systems LP**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | | | |
| Account No. **xxxx-xxxxxx-x5006**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | - | | | **2007 and prior years**<br>**Corporate Debt** | X | X | X | **14,943.49** |
| Account No.<br><br>**Representing:**<br>**American Express** | | | | **Law Offices of Mitchell N. Kay PC**<br>**205 West Randolph Street**<br>**Suite 920**<br>**Chicago, IL 60606** | | | | |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,943.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**
　　　**Laura E Perea**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**American Express** | | | | | **Nationwide Credit, Inc.** <br>**3010 Corporate Way** <br>**Miramar, FL 33025-6547** | | | | |
| Account No. <br><br>**Representing:** <br>**American Express** | | | | | **NCO Financial System, Inc.** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | | | |
| Account No. **xxxxxxx7187** <br><br>**American Family Insurance Co.** <br>**6000 American Parkway** <br>**Madison, WI 53768-0001** | - | | | | **2008** <br>**Corporate Debt** | X | X | X | 195.06 |
| Account No. <br><br>**Representing:** <br>**American Family Insurance Co.** | | | | | **Credit Collection Services** <br>**2 Wells Avenue** <br>**Dept. 7250** <br>**Newton, MA 02459** | | | | |
| Account No. **xxxx0857** <br><br>**American General Finance** <br>**11844 South Western** <br>**Chicago, IL 60643-4734** | H | | | | **2008** <br>**Loan** | | | | 3,714.89 |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,909.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
      **Laura E Perea**
                                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: American General Finance** | | | | | American General Finance, Inc.<br>20 North Clark Street<br>Suite 2600<br>Chicago, IL 60602 | | | | |
| Account No.<br>**Architecture Plus, Inc.<br>530 Harold Avenue<br>Glendale Heights, IL 60139** | - | | | | **2007**<br>Corporate Debt - Lien on Corporate Owned Property, 1545 West 18th Street, Chicago, Illinois | X | X | X | **Unknown** |
| Account No. **Representing: Architecture Plus, Inc.** | | | | | Querrey & Harrow<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, IL 60604 | | | | |
| Account No. **xxxxxxxxx4455**<br>**AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212** | - | | | | **2008 and prior years**<br>Corporate Debt | X | X | X | **151.76** |
| Account No.<br>**Representing: AT&T** | | | | | Fidelity National Credit Services, Ltd.<br>2421 North Glassell Street<br>PO Box 3051<br>Orange, CA 92857 | | | | |

Sheet no. __6__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**151.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**
　　　**Laura E Perea**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Representing:<br>AT&T | | | | Friedman and Wexler, LLC<br>500 West Madison Street<br>Suite 2910<br>Chicago, IL 60661-2587 | | | | |
| Account No.<br><br>Representing:<br>AT&T | | | | West Asset Management<br>7171 Mercy Road<br>Omaha, NE 68106 | | | | |
| Account No. xxxxxxxx8312<br><br>AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | - | | | 2007<br>Corporate Debt | X | X | X | 305.54 |
| Account No.<br><br>Representing:<br>AT&T | | | | Fidelity National Credit Services, Ltd.<br>2421 North Glassell Street<br>PO Box 3051<br>Orange, CA 92857 | | | | |
| Account No. xxx-xx-x1725<br><br>Bank of America, N.A.<br>M08-050-01-17<br>2001 NE 46th Street<br>Kansas City, MO 64116-2051 | W | | | 2006<br>Guaranty of Corporate Debt | X | X | X | 59,210.14 |

Sheet no. _7___ of _30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,515.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Luis A Perea,**                                             Case No. _____
       **Laura E Perea**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | |
| Account No.  **Representing: Bank of America, N.A.** | | | | ER Solutions, Inc.<br>800 SW 39th Street<br>PO Box 9004<br>Renton, WA 98057 | | | | |
| Account No. **xxxxxx0178**  **BMW Financial Services Customer Service Center PO Box 3608 Dublin, OH 43016-8066** | | W | | 2007<br>Motor Vehicle Deficiency | | | | 12,204.78 |
| Account No.  **Representing: BMW Financial Services** | | | | Vital Recovery Services, Inc.<br>PO Box 923748<br>Norcross, GA 30010-3748 | | | | |
| Account No. **2270**  **Buedel Food Products 7661 South 78th Street Bridgeview, IL 60455** | - | | | 2008<br>Corporate Debt | X | X | X | 2,250.00 |
| Account No.  **Representing: Buedel Food Products** | | | | Credit Consultants Inc.<br>7504 West Grand Avenue<br>Elmwood Park, IL 60707 | | | | |

Sheet no. __8___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **14,454.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                                    Case No. _____
          **Laura E Perea**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Buedel Food Products** | | | **Teller Levit & Silvertrust, P.C.** <br> **11 East Adams Street** <br> **Chicago, IL 60603** | | | | |
| Account No. **xxxx-xxxx-xxxx-2453** <br><br> **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | - | | **2008 and prior years** <br> **Corporate Debt** | X | X | X | 1,675.44 |
| Account No. <br><br> **Representing:** <br> **Capital One** | | | **Resurgent Capital Services, LP** <br> **15 South Main Street** <br> **Greenville, SC 29601** | | | | |
| Account No. <br><br> **Representing:** <br> **Capital One** | | | **Viking Collection Service, Inc.** <br> **7500 Office Ridge Circle** <br> **Eden Prairie, MN 55344-3678** | | | | |
| Account No. **xxxx-xxxx-xxxx-8647** <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **2007 and prior years** <br> **Corporate Debt** | X | X | X | 8,076.09 |

Sheet no. __9__ of __30__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)    | 9,751.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                              Case No. _____
**Laura E Perea**

                                                                    ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Representing: <br> **Chase** | | | | **Capital Management Services, Inc.** <br> **726 Exchange Street** <br> **Suite 700** <br> **Buffalo, NY 14210** | | | | |
| Account No. <br><br> Representing: <br> **Chase** | | | | **United Collection Bureau, Inc.** <br> **5620 Southwyck Boulevard** <br> **Suite 206** <br> **Toledo, OH 43614** | | | | |
| Account No. **xxxxxxxxxxx11-70** <br><br> **Citibank** <br> **PO Box 6191** <br> **Sioux Falls, SD 57117-6191** | | H | | Loan | | | | 3,481.48 |
| Account No. **xxxx-xxxx-xxxx-6945** <br><br> **CitiFinancial, Bankruptcy Dept.** <br> **PO Box 140489** <br> **Irving, TX 75014-0489** | | H | | **2008 and prior years** <br> **Credit Line** | | | | 9,297.88 |
| Account No. <br><br> Representing: <br> **CitiFinancial, Bankruptcy Dept.** | | | | **Blitt & Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | | | | |

Sheet no. __**10**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,779.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**
**Laura E Perea**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. **City of Chicago Department of Water 333 South State Street Suite LL10 Chicago, Il 60604-3979** | - | | | Corporate Debt - Water Bills for Corporate Property at 1545 West 18th Street, Chicago, Illinois | X | X | X | **Unknown** |
| Account No. **Lucian Coltea 36 South Ashland, Unit 503 Chicago, IL 60607** | | J | | 2006 Guaranty of Corporate Debt | X | X | X | **200,000.00** |
| Account No. **xxxx-xx-xxx-xxx5859** **Comcast 4851 North Milwaukee Chicago, IL 60630** | - | | | 2008 Corporate Debt | X | X | X | **393.86** |
| Account No. **Representing: Comcast** | | | | Credit Protection Association LP 13355 Noel Road Dallas, TX 75240 | | | | |
| Account No. **xxxx-xx-xxx-xxx5540** **Comcast 1255 West North Avenue Chicago, IL 60622-1562** | | W | | 2008 and prior year Services | | | | **424.22** |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**200,818.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
        **Laura E Perea**                                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: Comcast** | | | | **Credit Protection Association LP** **13355 Noel Road** **Dallas, TX 75240** | | | | |
| Account No. **xxxxxx9030** **Commonwealth Edison** **P.O. Box 286** **Chicago, Il 60690-0286** | - | | | **2008** **Corporate Debt** | X | X | X | 1,019.67 |
| Account No. **xxxxxx8032** **Commonwealth Edison** **P.O. Box 286** **Chicago, Il 60690-0286** | | H | | **2008** **Services** | | | | 642.37 |
| Account No. **Representing: Commonwealth Edison** | | | | **Torres Credit Services, Inc.** **27 Fairview Street** **PO Box 189** **Carlisle, PA 17013-3121** | | | | |
| Account No. **Representing: Commonwealth Edison** | | | | **Van Ru Credit Corporation** **4415 S Wendler Drive** **Bldg B, Suite 200** **Tempe, AZ 85282-6410** | | | | |

Sheet no. __12__ of __30__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)   **1,662.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**                                     Case No. _____
    **Laura E Perea**
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0041** <br><br> **Commonwealth Edison** <br> **P.O. Box 286** <br> **Chicago, Il 60690-0286** | | H | **2008** <br> **Services** | | | | 159.72 |
| Account No. <br><br> **Representing:** <br> **Commonwealth Edison** | | | **NCO Financial System, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | | |
| Account No. <br><br> **Representing:** <br> **Commonwealth Edison** | | | **Van Ru Credit Corporation** <br> **4415 S Wendler Drive** <br> **Bldg B, Suite 200** <br> **Tempe, AZ 85282-6410** | | | | |
| Account No. **xxxxxx9020** <br><br> **Commonwealth Edison** <br> **P.O. Box 286** <br> **Chicago, Il 60690-0286** | | H | **2008** <br> **Services** | | | | 177.41 |
| Account No. <br><br> **Representing:** <br> **Commonwealth Edison** | | | **Allied Interstate** <br> **3200 Northline Avenue** <br> **Suite 160** <br> **Greensboro, NC 27408** | | | | |

Sheet no. __**13**__ of __**30**__ sheets attached to Schedule of           Subtotal           337.13
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**
      **Laura E Perea**    Case No. _____

                                                      ,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Representing:**<br>**Commonwealth Edison** | | | | **Harvard Collections Services, Inc.**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630-2534** | | | | |
| Account No. **xxxxxx5026**<br><br>**Commonwealth Edison**<br>**P.O. Box 286**<br>**Chicago, Il 60690-0286** | - | | | **2008**<br>**Corporate Debt** | X | X | X | 8,730.73 |
| Account No.<br><br>**Representing:**<br>**Commonwealth Edison** | | | | **Harry L. Dubnick**<br>**3 Lincoln Center**<br>**4th Floor**<br>**Oak Brook Terrace, IL 60181** | | | | |
| Account No. **xxxxxx5900**<br><br>**DaimlerChrysler Financial Services**<br>**PO Box 551080**<br>**Jacksonville, FL 32255** | H | | | **2007**<br>**Motor Vehicle Deficiency** | | | | 30,059.11 |
| Account No.<br><br>**Representing:**<br>**DaimlerChrysler Financial Services** | | | | **Blatt, Hasenmiller, Leibsker & Moore**<br>**125 South Wacker Drive**<br>**Suite 400**<br>**Chicago, IL 60606-4440** | | | | |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
            (Total of this page)        **38,789.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
     **Laura E Perea**
                                             ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Representing: <br> **DaimlerChrysler Financial Services** | | | | **Focus Receivables Management** <br> **1130 Northchase Parkway** <br> **Suite 150** <br> **Marietta, GA 30067** | | | | |
| Account No. <br><br> Representing: <br> **DaimlerChrysler Financial Services** | | | | **Freedman, Anselmo Lindberg &** <br> **Rappe** <br> **1807 West Diehl** <br> **Suite 333** <br> **P.O. Box 3228** <br> **Naperville, IL 60566-7107** | | | | |
| Account No. **xxxxxxxxxxxxxxxxxx4-918** <br><br> **Deluxe Business Checks & Solutions** <br> **PO Box 742572** <br> **Cincinnati, OH 45274-2572** | - | | | **2007** <br> **Corporate Debt** | X | X | X | 431.43 |
| Account No. <br><br> Representing: <br> **Deluxe Business Checks & Solutions** | | | | **Commercial Recovery Corp** <br> **PO Box 49421** <br> **Minneapolis, MN 55449** | | | | |
| Account No. **xx1908** <br><br> **DMX Inc.** <br> **600 Congress Avenue** <br> **Suite 1400** <br> **Austin, TX 78701** | - | | | **2008 and prior years** <br> **Corporate Debt** | X | X | X | 4,532.79 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,964.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                                                    Case No. _____
         **Laura E Perea**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Representing: DMX Inc.** | | | **DMX Inc. Credit and Collections 620 Enterprise Drive Oak Brook, IL 60523** | | | | |
| Account No.  **Representing: DMX Inc.** | | | **Williams, Babbit & Weisman, Inc. Attn: Alan Katz, Esq. 5255 North Federal Highway 3rd Floor Boca Raton, FL 33487** | | | | |
| Account No. **xxxx-xxxx-xxxx-1215**  **Expo Credit Services PO Box 689100 Des Moines, IA 50368-9100** | | W | **2008 and prior years Credit Line** | | | | 6,755.97 |
| Account No.  **Representing: Expo Credit Services** | | | **NCO Financial System, Inc. 507 Prudential Road Horsham, PA 19044** | | | | |
| Account No.  **Representing: Expo Credit Services** | | | **NES - National Enterprise Systems 29125 Solon Road Solon, OH 44139-3442** | | | | |

Sheet no. __**16**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,755.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**
    **Laura E Perea**
                                         **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxxxx x1113**<br><br>**FIA Card Services**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | H | | **2008 and prior years**<br>**Periodic Purchases** | | | | 10,878.80 |
| Account No.<br><br>Representing:<br>**FIA Card Services** | | | | **Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | | |
| Account No. **xxxx-xxxx-xxxx-5281**<br><br>**Fifth Third Bank**<br>**Customer Service**<br>**MD 1 MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | | W | | **2008 and prior years**<br>**Periodic Purchases** | | | | 3,272.85 |
| Account No.<br><br>Representing:<br>**Fifth Third Bank** | | | | **Markoff & Krasny**<br>**29 North Wacker Drive**<br>**#500**<br>**Chicago, IL 60606** | | | | |
| Account No.<br><br>Representing:<br>**Fifth Third Bank** | | | | **Regional Adjustment Bureau, Inc.**<br>**7000 Goodlett Farms Parkway**<br>**PO Box 34111**<br>**Memphis, TN 38016** | | | | |

Sheet no. __**17**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,151.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**
    **Laura E Perea**
                                                   ,        Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx8215**<br><br>**Fifth Third Bank**<br>**Customer Service**<br>**MD 1 MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | | - | | **2008**<br>**Corporate Debt** | X | X | X | 618.81 |
| Account No.<br><br>**Representing:**<br>**Fifth Third Bank** | | | | Nationwide Credit, Inc.<br>2015 Vaughn Road<br>Suite 400<br>Kennesaw, GA 30144-7802 | | | | |
| Account No. **xxxxxxxxx-x0018**<br><br>**Fifth Third Bank**<br>**346 West Carol Lane**<br>**MDGOPS11**<br>**Elmhurst, IL 60126** | | - | | **2005**<br>**Corporate Debt** | X | X | X | 148,701.73 |
| Account No. **xxxxxxxxx-x0034**<br><br>**Fifth Third Bank**<br>**346 West Carol Lane**<br>**MDGOPS11**<br>**Elmhurst, IL 60126** | | - | | **2005**<br>**Corporate Debt** | X | X | X | 50,544.16 |
| Account No. **xxxxxxxx4649**<br><br>**Fifth Third Bank**<br>**Merchant Services**<br>**Mail Drop 1MOC3D**<br>**Madisonville Operations**<br>**Cincinnati, OH 45263** | | - | | **2008**<br>**Corporate Debt** | X | X | X | 20.00 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
                                        (Total of this page)      199,884.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Luis A Perea,__   Case No. _____
  __Laura E Perea__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx6985** | | | | **2008** **Corporate Debt** | | | | |
| **Fifth Third Bank** **Merchant Services** **Mail Drop 1MOC3D** **Madisonville Operations** **Cincinnati, OH 45263** | - | | | | X | X | X | 20.00 |
| Account No. **xxxxxxxx6487** | | | | **2008** **Corporate Debt** | | | | |
| **Fifth Third Bank** **Merchant Services** **Mail Drop 1MOC3D** **Madisonville Operations** **Cincinnati, OH 45263** | - | | | | X | X | X | 20.00 |
| Account No. **xxxxxxxx5920** | | | | **2008** **Corporate Debt** | | | | |
| **Fifth Third Bank** **Merchant Services** **Mail Drop 1MOC3D** **Madisonville Operations** **Cincinnati, OH 45263** | - | | | | X | X | X | 20.00 |
| Account No. **xxxxxx86-59** | | | | **2006** **Guaranty of Corporate Debt - 1545 West 18th Street, Chicago, Illinois** | | | | |
| **Fifth Third Bank** **346 West Carol Lane** **MDGOPS11** **Elmhurst, IL 60126** | | W | | | | | | 782,469.46 |
| Account No. **Representing:** **Fifth Third Bank** | | | | **Gomberg Sharfman Gold & Ostler PC** **208 South LaSalle Street** **Suite 1200** **Chicago, IL 60604** | | | | |

Sheet no. __19__ of __30__ sheets attached to Schedule of    Subtotal    782,529.46
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
    **Laura E Perea**
                                                 ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx-xxxxxx5-000**<br><br>**First Data Global Leasing**<br>**PO Box 173845**<br>**Denver, CO 80217** | | J | | **2008**<br>**Guaranty of Corporate Debt** | X | X | X | |
| | | | | | | | | **1,785.93** |
| Account No.<br><br>Representing:<br>**First Data Global Leasing** | | | | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | | | | |
| Account No. **xxxxxx1072**<br><br>**Food & Wine**<br>**PO Box 62668**<br>**Tampa, FL 33662-6688** | | W | | **2008**<br>**Trade Credit** | X | X | X | |
| | | | | | | | | **49.95** |
| Account No.<br><br>**Garcia Morgan Construction**<br>**c/o German Escudero, Registered Agent**<br>**20 North Clark Street**<br>**Suite 2900**<br>**Chicago, IL 60602** | | - | | **2007**<br>**Corporate Debt - 1545 West 18th Street, Chicago, Illinois** | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxx9999**<br><br>**Hearst Magazines**<br>**PO Box 7186**<br>**Red Oak, IA 51591** | | W | | **2008**<br>**Trade Credit** | | | | |
| | | | | | | | | **21.97** |

Sheet no. __**20**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,857.85**

           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**                                          Case No. _____
        **Laura E Perea**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx-xxx026-6**<br><br>**HFC Customer Service**<br>**712 East 87th Street**<br>**Chicago, IL 60619** | | H | **2008 and prior years**<br>**Credit Line** | | | | 10,650.22 |
| Account No.<br><br>Representing:<br>**HFC Customer Service** | | | **Sentry Credit, Inc.**<br>**2809 Grant Avenue**<br>**Everett, WA 98201** | | | | |
| Account No. **xx7660**<br><br>**IFC Credit Corporation**<br>**8700 Waukegan Road #100**<br>**Morton Grove, IL 60053** | | J | **2007**<br>**Guaranty of Corporate Debt** | | | | 5,370.87 |
| Account No. **xx3535**<br><br>**illy caffe North America, Inc.**<br>**800 Westchester Avenue**<br>**Suite S440**<br>**Rye Brook, NY 10573** | | - | **2008**<br>**Corporate Debt** | X | X | X | 3,273.97 |
| Account No. **xx-1622**<br><br>**Imperial Realty**<br>**4747 West Peterson Avenue**<br>**#200**<br>**Chicago, IL 60646** | | - | **2007**<br>**Corporate Debt** | X | X | X | 63,615.36 |

Sheet no. __21__ of __30__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)        82,910.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Luis A Perea,**
       **Laura E Perea**
                                                                                    Case No. _____
                                                               ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: Imperial Realty** | | | | **The Chaet Kaplan Baim Firm 30 North LaSalle Street Suite 1520 Chicago, IL 60602** | | | | |
| Account No. **Heriberto Jaramillo 3253 South Oakley Second Floor Chicago, IL 60608** | J | | | **2008 Loan** | | | | 7,000.00 |
| Account No. **x3328** **Midwest Orthopaedics at Rush, LLC 1 Westbrook Corporate Center Suite 240 Westchester, IL 60154** | W | | | **2007 Services** | | | | 47.77 |
| Account No. **Miranda's Groceries Cecelia Miranda Cenobio 1634 West 21st Street Chicago, IL 60608** | - | | | **2009 and prior years Corporate Debt** | X | X | X | 15,000.00 |
| Account No. **Monreal Investment Properties, LP PO Box 682 Morton Grove, IL 60053** | - | | | **2007 Corporate Debt** | X | X | X | Unknown |

Sheet no. __22__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **22,047.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Luis A Perea,**                                            Case No. _____
      **Laura E Perea**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Bombon Cafe (Ashland)**<br><br>**MT Food Service**<br>**400 North Noble**<br>**Chicago, IL 60642** | - | | | | **2009 and prior years**<br>**Corporate Debt** | X | X | X | 2,000.00 |
| Account No. **xx6853**<br><br>**Muzak OA**<br>**3318 Lakemont Boulevard**<br>**Fort Mill, SC 29708** | - | | | | **2008**<br>**Corporate Debt** | X | X | X | 165.00 |
| Account No.<br><br>**Hiroshi Nakano**<br>**5555 North Sheridan Road**<br>**Chicago, IL 60640** | | | | | **2006**<br>**Corporate Debt - 1545 West 18th Street,**<br>**Chicago, Illinois** | X | X | X | 100,000.00 |
| Account No.<br><br>**Representing:**<br>**Hiroshi Nakano** | | | | | **Hiroshi Nakano**<br>**c/o MASARU FUNAI, Registered Agent**<br>**1801 South Ashland Building**<br>**Corporation**<br>**203 N La Salle St #2500**<br>**Chicago, IL 60601** | | | | |
| Account No.<br><br>**Nordic Energy Services, LLC**<br>**625 Plainfield Road**<br>**Suite 226**<br>**Willowbrook, IL 60527** | - | | | | **2008 and prior year**<br>**Corporate Debt** | X | X | X | 3,468.38 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **105,633.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**                                                                   Case No. _____
         **Laura E Perea**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Representing:** <br> **Nordic Energy Services, LLC** | | | | **PSI-Prestige Services, Inc.** <br> **21214 Schofield Drive** <br> **Gretna, NE 68028** | | | | |
| Account No. <br><br> **Representing:** <br> **Nordic Energy Services, LLC** | | | | **Stein & Rotman** <br> **105 West Madison Street** <br> **Chicago, IL 60602-4672** | | | | |
| Account No. **xxx9782A** <br><br> **Northern Leasing Systems, Inc.** <br> **132 West 31st Street** <br> **14th Floor** <br> **New York, NY 10001** | | H | | **2007** <br> **Guaranty of Corporate Debt** | X | X | X | <br><br><br><br> **241.70** |
| Account No. **xxxxxxxxx-6462** <br><br> **Peoples Gas** <br> **130 East Randolph Drive** <br> **Chicago, IL 60601** | | H | | **2007** <br> **Services** | | | | <br><br><br> **1,432.27** |
| Account No. <br><br> **Representing:** <br> **Peoples Gas** | | | | **Americollect, Inc** <br> **1851 South Alverno Road** <br> **Manitowoc, WI 54220** | | | | |

Sheet no. __**24**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,673.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Luis A Perea,**
       **Laura E Perea**                                        Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Peoples Gas** | | | | | **Harris & Harris, Ltd.** **600 West Jackson Boulevard** **Suite 400** **Chicago, IL 60661** | | | | |
| Account No. **xxxxxxxxx8031** **Peoples Gas** **130 East Randolph Drive** **Chicago, IL 60601** | | - | | | **2008** **Corporate Debt** | X | X | X | 528.16 |
| Account No. **xxxxxxxxx6039** **Peoples Gas** **130 East Randolph Drive** **Chicago, IL 60601** | | - | | | **2008** **Corporate Debt** | X | X | X | 902.33 |
| Account No. **xxxxxxxxx0903** **Peoples Gas** **130 East Randolph Drive** **Chicago, IL 60601** | | | W | | **2008** **Services** | | | | 302.72 |
| Account No. **xxxxxxxxx7455** **Peoples Gas** **130 East Randolph Drive** **Chicago, IL 60601** | | - | | | **2008** **Corporate Debt** | X | X | X | 3,657.60 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     5,390.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
        **Laura E Perea**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Bombon**<br><br>**Pete's Wholesale Produce, Inc.**<br>**6235 North Whipple**<br>**Chicago, IL 60659** | - | | | **2007**<br>**Corporate Debt** | X | X | X | **3,422.10** |
| Account No. **x1078**<br><br>**The Roscoe Company**<br>**3535 West Harrison**<br>**Chicago, IL 60624** | - | | | **2008 and prior years**<br>**Corporate Debt** | X | X | X | **16,002.35** |
| Account No.<br><br>**Representing:**<br>**The Roscoe Company** | | | | **Stein & Rotman**<br>**105 West Madison Street**<br>**Suite 600**<br>**Chicago, IL 60602** | | | | |
| Account No. **xxxxx & x5306**<br><br>**South Central Bank & Trust**<br>**555 West Roosevelt Road**<br>**Chicago, IL 60607** | | W | | **2006**<br>**Listed for Notice Purposes** | | | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**South Central Bank & Trust** | | | | **Gomberg Sharfman Gold & Ostler PC**<br>**208 South LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60604** | | | | |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **19,424.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Luis A Perea,**
       **Laura E Perea**
                                                                    Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-TA-x280-5** <br><br> **State Farm Fire & Casualty Company** <br> **2702 Ireland Grove Road** <br> **Bloomington, IL 61709-0001** | - | | | **2007** <br> **Corporate Debt** | X | X | X | 404.07 |
| Account No. <br><br> **Representing:** <br> **State Farm Fire & Casualty Company** | | | | **Commercial Collections America** <br> **PO Box 27027** <br> **Tempe, AZ 85285-7027** | | | | |
| Account No. **xx-XH-x509-4** <br><br> **State Farm Fire & Casualty Company** <br> **2702 Ireland Grove Road** <br> **Bloomington, IL 61709-0001** | - | | | **2009** <br> **Corporate Debt** | X | X | X | 192.94 |
| Account No. **xxx-xxxxxx5-300** <br><br> **TCF Equipment Finance, Inc.** <br> **11100 Wayzata Blvd** <br> **Suite 801** <br> **Minnetonka, MN 55305** | - | | | **2007** <br> **Corporate Debt** | X | X | X | 35,253.71 |
| Account No. **9360** <br><br> **Dr. Emil Totonchi** <br> **860 North Clark Street** <br> **Chicago, IL 60610** | H | | | **2006** <br> **Services** | | | | 297.45 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **36,148.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Luis A Perea,**
     **Laura E Perea**
                                                , Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br>**Representing:**<br>**Dr. Emil Totonchi** | | | | | **Dependon Collection Service, Inc.**<br>**PO Box 4983**<br>**Oak Brook, IL 60523-4983** | | | | |
| Account No. **xxxxxxxx6039**<br><br>**US Energy Savings Corp.**<br>**PO Box 5598**<br>**Chicago, IL 60680-5598** | - | | | | **2008**<br>**Corporate Debt** | X | X | X | 881.41 |
| Account No. **xxx1455**<br><br>**V & V Supremo Foods, Inc.**<br>**2141 South Throop Street**<br>**Chicago, IL 60608** | - | | | | **2008**<br>**Corporate Debt** | X | X | X | 980.41 |
| Account No. <br><br>**Representing:**<br>**V & V Supremo Foods, Inc.** | | | | | **Levy Diamond Bello & Associates**<br>**PO Box 352**<br>**Milford, CT 06460** | | | | |
| Account No. <br><br>**Representing:**<br>**V & V Supremo Foods, Inc.** | | | | | **V & V Supremo Foods, Inc.**<br>**Department 10183**<br>**PO Box 87618**<br>**Chicago, IL 60680-0618** | | | | |

Sheet no. __**28**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,861.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                            Case No. _____
         **Laura E Perea**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Washington Mutual** P.O. Box 10467 Greenville, SC 29603 | | H | | Listed for Notice Purposes | | | | **Unknown** |
| Account No. **Representing: Washington Mutual** | | | | Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | |
| Account No. **xxxx7074** **Washington Mutual** P.O. Box 99604 Arlington, TX 76096-9604 | | H | | Listed for Notice Purposes | | | | **Unknown** |
| Account No. **Representing: Washington Mutual** | | | | Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | |
| Account No. **xxx-xxxxxxx-x009-3** **Waste Management** Attn: Billing Dept 1411 Opus Place Suite 400 Downers Grove, IL 60515 | | - | | 2008 Corporate Debt | X | X | X | **259.56** |

Sheet no. __**29**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **259.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Luis A Perea,**                                                    Case No. _____
         **Laura E Perea**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Waste Management** | | | | **R.M.S. 4836 Brecksville Road PO Box 523 Richfield, OH 44286** | | | | |
| Account No. **xxxx-xxxx-xxxx-5895** **Wells Fargo P.O. Box 348750 Sacramento, CA 95834** | - | | | **2008 and prior years Corporate Debt** | X | X | X | **25,369.66** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **25,369.66** |
| | Total (Report on Summary of Schedules) | **1,749,358.72** |

B6G (Official Form 6G) (12/07)

.

In re   **Luis A Perea,**                                                     Case No. _____
         **Laura E Perea**
_____ ,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Lucian Coltea**<br>**36 South Ashland, Unit 503**<br>**Chicago, IL 60607** | **Month to Month Lease for Residential Real Property** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Luis A Perea,**                                              Case No. _____
       **Laura E Perea**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Luis A Perea
       Laura E Perea                                                    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son | AGE(S):<br>3 years<br>4 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Chef | Cake Consultant |
| Name of Employer | Bombon Cafe, Inc. | Sweet 18 Corporation |
| How long employed | 3.5 years | 1 year |
| Address of Employer | 36 South Ashland<br>Chicago, IL 60607 | 1238 West 18th Street<br>Chicago, IL 60608 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,692.30 | $ 1,119.18 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,692.30 | $ 1,119.18 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 536.72 | $ 119.18 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 536.72 | $ 119.18 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,155.58 | $ 1,000.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,155.58 | $ 1,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,155.58 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Luis A Perea
       Laura E Perea                                                     Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| a. Are real estate taxes included?                Yes ___           No _X_ | | |
| b. Is property insurance included?                Yes ___           No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 50.00 |
| d. Other    See Detailed Expense Attachment | $ | 155.32 |
| 3. Home maintenance (repairs and upkeep) | $ | 120.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 190.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 54.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 31.51 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    See Detailed Expense Attachment | $ | 290.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ ___3,150.83___

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,155.58 |
| b. Average monthly expenses from Line 18 above | $ | 3,150.83 |
| c. Monthly net income (a. minus b.) | $ | 4.75 |

**B6J (Official Form 6J) (12/07)**

In re    Luis A Perea
    Laura E Perea
              Debtor(s)
          Case No. _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Waste Management | $ | 29.33 |
| TV Service | $ | 85.99 |
| Internet | $ | 40.00 |
| **Total Other Utility Expenditures** | $ | 155.32 |

**Other Expenditures:**

| | | |
|---|---|---|
| Grooming | $ | 90.00 |
| Misc. Sundries | $ | 100.00 |
| Children's Activities | $ | 100.00 |
| **Total Other Expenditures** | $ | 290.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Luis A Perea
        Laura E Perea                                                          Case No.
                                               Debtor(s)            Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
   47   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 25, 2009                          Signature    /s/ Luis A Perea
                                                            Luis A Perea
                                                        Debtor

Date  June 25, 2009                          Signature    /s/ Laura E Perea
                                                            Laura E Perea
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Luis A Perea
      Laura E Perea                                      Case No.

                                          Debtor(s)                 Chapter      7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $142,776.00 | 2007: Wages - $54,381.00, Rents Received - $45,200.00, Business Income - $43,195.00 |
| $31,731.00 | 2008: Wages - $24,231.00, Rents Received - $7,500.00, Business Income - Investigation Continuing |
| $19,678.74 | 2009: YTD Wages (H) $17,499.95, (W) $2,178.79 |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $18,350.12 | 2008: Insurance Proceeds |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Imperial Realty Comp. v Bombon 4 Corp. d/b/a Bombon Cafe and Luis Perea, individually, 08 M1 702721 | Joint Action for Damages and Possession | Circuit Court of Cook County, Chicago, Illinois | Order of Possession Entered |
| Fifth Third Bank v Bombon Corporation, et al, case no. 08 CH 21526 | Foreclosure (1545 West 18th Street, Chicago, Illinois) | Circuit Court of Cook County, Chicago, Illinois | Pending |
| American Family Mutual Insurance Company v Bombon, Inc., et al., case no. 08 CH 44891 | Insurance Interpleader | Circuit Court of Cook County, Chicago, Illinois | Voluntarily Dismissed by Agreement |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| South Central Bank v Laura Elena Cid Perea, et al, case no. 07 CH 36805 | Foreclosure (1508 West 18th Street, Chicago, Illinois) | Circuit Court of Cook County, Chicago, Illinois | Sold at Judicial Sale - Order confirming sale entered 4/27/09 |
| South Central Bank v Laura Elena Cid Perea, et al, case no. 07 CH 36801 | Foreclosure (36 South Ashland Avenue, Retail Unit 102, Chicago, Illinois) | Circuit Court of Cook County, Chicago, Illinois | Sold at Judicial Sale - Order confirming sale entered 4/13/09 |
| Washington Mutual Bank v Luis A. Perea, et al, case no. 08 CH 4570 | Foreclosure (36 South Ashland Avenue, Unit 202, Chicago, Illinois) | Circuit Court of Cook County, Chicago, Illinois | Sold at Judicial Sale - Order confirming sale entered 2/5/09 |
| American General Finance v. Luis Perea, case no. 09 M1 131410 | Contract | Circuit Court of Cook County, Chicago, Illinois - Municipal Division | Pending |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| BMW Financial Services Customer Service Center PO Box 3608 Dublin, OH 43016-8066 | 5/08 | 2007 BMW 328xi |
| DaimlerChrysler Financial Services PO Box 551080 Jacksonville, FL 32255 | 4/08 | 2007 Jeep Commander |
| South Central Bank & Trust 555 West Roosevelt Road Chicago, IL 60607 | Foreclosure Sale Approved 4/13/09 | 36 South Ashland Avenue, Commercial Unit 102, Chicago, Illinois |
| Washington Mutual P.O. Box 10467 Greenville, SC 29603 | Foreclosure Sale Approved 2/5/09 | 36 South Ashland Avenue, Unit 202, Chicago, Illinois |
| South Central Bank & Trust 555 West Roosevelt Road Chicago, IL 60607 | Foreclosure Sale Approved 4/27/09 | 1508 West 18th Street, Chicago, Illinois |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 1508 West 18th Street, Chicago, Illinois | Fire Damage - Insurance Proceeds $403,606.18 paid to South Central Bank and Alliance Consulting Group, LLC | 8/11/08 |
| Truck - 2005 Sprinter | Fire Damage - Insurance Proceeds | 8/11/08 |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | 10/31/08, 1/5/09, 3/24/09, & 6/25/2009 | $7,000.00 |

### 10. Other transfers

None ☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Ricardo Rosales | 6/24/2008 | Trademark "Bombon" - $1500.00 |
| unrelated third party | | |

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Lucian Coltea<br>36 South Ashland, Unit 503<br>Chicago, IL 60607 | GMC Yukon | Debtors' Residence |
| Ricardo Rosales | Chrysler Minivan | Debtors' Residence |

### 15. Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1730 West Wolfram, Chicago, Illinois | Debtors' | 9/06 - 1/07 |
| 36 South Ashland, Unit 202, Chicago, Illinois | Debtors' | 01/07-05/09 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Bombon 4 Corporation | 11-3796598 | 1508 West 18th Street Chicago, IL 60608 | Cafe/Bakery | 11/30/06 - 1/08 |
| Bombon Corporation | 36-4443457 | 1508 West 18th Street Chicago, IL 60608 | Bakery | 5/9/01 - 9/08 |
| Bombon Cafe Corporation | 27-0127061 | 36 South Ashland Avenue Chicago, IL | Cafe/Bakery | 5/31/05 - present |
| Gaby's Bakeshop and Cafe Corporation | 74-3175427 | 1000 North Clark Street Chicago, IL | Cafe/Bakery | 4/26/06 - present |
| Bomboncito Corporation | | 1508 West 18th Street Chicago, IL 60608 | Candy Store | 8/28/02 - 2004 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
Compass Associates LLC                                   2008 & prior years
2202 South Halsted Street
Chicago, IL 60608

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Fifth Third Bank<br>346 West Carol Lane<br>MDGOPS11<br>Elmhurst, IL 60126 | January 2009 |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  June 25, 2009                              Signature  /s/ Luis A Perea
                                                            Luis A Perea
                                                            Debtor

Date  June 25, 2009                              Signature  /s/ Laura E Perea
                                                            Laura E Perea
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Luis A Perea
       Laura E Perea                            Case No. _____

                                 Debtor(s)     Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>  ☐ Surrendered             ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt          ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   June 25, 2009 _____     Signature    /s/ Luis A Perea _____
                                            Luis A Perea
                                            Debtor

Date   June 25, 2009 _____     Signature    /s/ Laura E Perea _____
                                              Laura E Perea
                                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Luis A Perea    Laura E Perea        Case No. _____

                                            Debtor(s)       Chapter    7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a minimum fee of | $ | 8,500.00 |
| Prior to the filing of this statement I have received | $ | 7,000.00 |
| Balance Due | $ | 1,500.00* |

\* Plus additional amounts per hourly fee schedules for services rendered.

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         All services required by the Chapter 7 Debtors.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: None

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    June 25, 2009 _____

                                       Gregory K. Stern 6183380
                                       Gregory K. Stern, P.C.
                                       53 West Jackson Boulevard
                                       Suite 1442
                                       Chicago, IL 60604
                                       (312) 427-1558   Fax: (312) 427-1289

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

   3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

   Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

   A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

   I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Gregory K. Stern 6183380 | X  /s/ Gregory K. Stern | June 25, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558

### Certificate of Debtor

   I (We), the debtor(s), affirm that I (we) have received and read this notice.

Luis A Perea
| Laura E Perea | X  /s/ Luis A Perea | June 25, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X  /s/ Laura E Perea | June 25, 2009 |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   Luis A Perea
      Laura E Perea                                  Case No. _____

                                         Debtor(s)        Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ 124

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   June 25, 2009             /s/ Luis A Perea
                                     Luis A Perea
                                     Signature of Debtor

Date:   June 25, 2009             /s/ Laura E Perea
                                     Laura E Perea
                                     Signature of Debtor

A-Midwest Board-Up, Inc.
PO Box 222
Lincolnshire, IL 60069


ADT Security Services, Inc.
14200 E Exposition Avenue
Aurora, CO 80012-2540


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130-0715


Akram Zanayed and Associates
8550 South Harlem
Suite G
Bridgeview, IL 60455


Alejandro Hurtado
1800 West 18th Street
Chicago, IL 60608


Allied Interstate
3200 Northline Avenue
Suite 160
Greensboro, NC 27408


Allied Waste Services
2608 South Damen
Chicago, IL 60608


American Express
PO Box 981535
El Paso, TX 79998-1535


American Family Insurance Co.
6000 American Parkway
Madison, WI 53768-0001


American General Finance
11844 South Western
Chicago, IL 60643-4734

American General Finance, Inc.
20 North Clark Street
Suite 2600
Chicago, IL 60602


Americollect, Inc
1851 South Alverno Road
Manitowoc, WI 54220


Apelles
PO Box 1197
Westerville, OH 43086-1197


Architecture Plus, Inc.
530 Harold Avenue
Glendale Heights, IL 60139


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


Bank of America, N.A.
M08-050-01-17
2001 NE 46th Street
Kansas City, MO 64116-2051


Becket & Lee LLP
PO Box 3001
Malvern, PA 19355


Blatt, Hasenmiller, Leibsker & Moore
125 South Wacker Drive
Suite 400
Chicago, IL 60606-4440


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-8066

Buedel Food Products
7661 South 78th Street
Bridgeview, IL 60455


Capital Management Services, Inc.
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Citibank
PO Box 6191
Sioux Falls, SD 57117-6191


CitiFinancial, Bankruptcy Dept.
PO Box 140489
Irving, TX 75014-0489


City of Chicago
Department of Water
333 South State Street
Suite LL10
Chicago, Il 60604-3979


CMI Legal Forwarding
Andrew J. McClure, Esq.
PO Box 28851
Philadelphia, PA 19151


Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Lucian Coltea
36 South Ashland, Unit 503
Chicago, IL 60607

Comcast
4851 North Milwaukee
Chicago, IL 60630


Comcast
1255 West North Avenue
Chicago, IL 60622-1562


Commercial Collections America
PO Box 27027
Tempe, AZ 85285-7027


Commercial Recovery Corp
PO Box 49421
Minneapolis, MN 55449


Commonwealth Edison
P.O. Box 286
Chicago, Il 60690-0286


Credit Collection Services
2 Wells Avenue
Dept. 7250
Newton, MA 02459


Credit Consultants Inc.
7504 West Grand Avenue
Elmwood Park, IL 60707


Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082


Credit Protection Association LP
13355 Noel Road
Dallas, TX 75240


DaimlerChrysler Financial Services
PO Box 551080
Jacksonville, FL 32255


Deluxe Business Checks & Solutions
PO Box 742572
Cincinnati, OH 45274-2572

Dependon Collection Service, Inc.
PO Box 4983
Oak Brook, IL 60523-4983


DMX Inc.
600 Congress Avenue
Suite 1400
Austin, TX 78701


DMX Inc.
Credit and Collections
620 Enterprise Drive
Oak Brook, IL 60523


ER Solutions, Inc.
800 SW 39th Street
PO Box 9004
Renton, WA 98057


Expo Credit Services
PO Box 689100
Des Moines, IA 50368-9100


Federated Financial Corp. of America
30955 Northwestern Highway
Farmington, MI 48334


FIA Card Services
P.O. Box 15026
Wilmington, DE 19850-5026


Fidelity National Credit Services, Ltd.
2421 North Glassell Street
PO Box 3051
Orange, CA 92857


Fifth Third Bank
Customer Service
MD 1 MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
346 West Carol Lane
MDGOPS11
Elmhurst, IL 60126

Fifth Third Bank
Merchant Services
Mail Drop 1MOC3D
Madisonville Operations
Cincinnati, OH 45263


First Data Global Leasing
PO Box 173845
Denver, CO 80217


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Focus Receivables Management
1130 Northchase Parkway
Suite 150
Marietta, GA 30067


Food & Wine
PO Box 62668
Tampa, FL 33662-6688


Freedman, Anselmo Lindberg & Rappe
1807 West Diehl
Suite 333
P.O. Box 3228
Naperville, IL 60566-7107


Friedman and Wexler, LLC
500 West Madison Street
Suite 2910
Chicago, IL 60661-2587


Garcia Morgan Construction
c/o German Escudero, Registered Agent
20 North Clark Street
Suite 2900
Chicago, IL 60602


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

Gomberg Sharfman Gold & Ostler PC
208 South LaSalle Street
Suite 1200
Chicago, IL 60604


Harris & Harris, Ltd.
600 West Jackson Boulevard
Suite 400
Chicago, IL 60661


Harry L. Dubnick
3 Lincoln Center
4th Floor
Oak Brook Terrace, IL 60181


Harvard Collections Services, Inc.
4839 North Elston Avenue
Chicago, IL 60630-2534


Hearst Magazines
PO Box 7186
Red Oak, IA 51591


HFC Customer Service
712 East 87th Street
Chicago, IL 60619


Hiroshi Nakano
c/o MASARU FUNAI, Registered Agent
1801 South Ashland Building Corporation
203 N La Salle St #2500
Chicago, IL 60601


IFC Credit Corporation
8700 Waukegan Road #100
Morton Grove, IL 60053


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


illy caffe North America, Inc.
800 Westchester Avenue
Suite S440
Rye Brook, NY 10573

Imperial Realty
4747 West Peterson Avenue
#200
Chicago, IL 60646


Heriberto Jaramillo
3253 South Oakley
Second Floor
Chicago, IL 60608


KSD - Law P.C.
1328 West 18th Street
Chicago, IL 60608


Law Offices of Barry Serrota & Assoc.
PO Box 1008
Arlington Heights, IL 60006


Law Offices of Mitchell N. Kay PC
205 West Randolph Street
Suite 920
Chicago, IL 60606


Law Offices of Mitchell N. Kay, P.C.
PO Box 2374
Chicago, IL 60690-2374


Levy Diamond Bello & Associates
PO Box 352
Milford, CT 06460


Markoff & Krasny
29 North Wacker Drive
#500
Chicago, IL 60606


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Midwest Orthopaedics at Rush, LLC
1 Westbrook Corporate Center
Suite 240
Westchester, IL 60154

Miranda's Groceries
Cecelia Miranda Cenobio
1634 West 21st Street
Chicago, IL 60608


Monreal Investment Properties, LP
PO Box 682
Morton Grove, IL 60053


MT Food Service
400 North Noble
Chicago, IL 60642


Muzak OA
3318 Lakemont Boulevard
Fort Mill, SC 29708


Hiroshi Nakano
5555 North Sheridan Road
Chicago, IL 60640


Nationwide Credit, Inc.
3010 Corporate Way
Miramar, FL 33025-6547


Nationwide Credit, Inc.
2015 Vaughn Road
Suite 400
Kennesaw, GA 30144-7802


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044


NES - National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442


Nordic Energy Services, LLC
625 Plainfield Road
Suite 226
Willowbrook, IL 60527

Northern Leasing Systems, Inc.
132 West 31st Street
14th Floor
New York, NY 10001


Peoples Gas
130 East Randolph Drive
Chicago, IL 60601


Pete's Wholesale Produce, Inc.
6235 North Whipple
Chicago, IL 60659


PSI-Prestige Services, Inc.
21214 Schofield Drive
Gretna, NE 68028


Querrey & Harrow
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604


R.M.S.
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Regional Adjustment Bureau, Inc.
7000 Goodlett Farms Parkway
PO Box 34111
Memphis, TN 38016


Resurgent Capital Services, LP
15 South Main Street
Greenville, SC 29601


The Roscoe Company
3535 West Harrison
Chicago, IL 60624


Sentry Credit, Inc.
2809 Grant Avenue
Everett, WA 98201

South Central Bank & Trust
555 West Roosevelt Road
Chicago, IL 60607


State Farm Fire & Casualty Company
2702 Ireland Grove Road
Bloomington, IL 61709-0001


Stein & Rotman
105 West Madison Street
Chicago, IL 60602-4672


Stein & Rotman
105 West Madison Street
Suite 600
Chicago, IL 60602


TCF Equipment Finance, Inc.
11100 Wayzata Blvd
Suite 801
Minnetonka, MN 55305


Teller Levit & Silvertrust, P.C.
11 East Adams Street
Chicago, IL 60603


The Chaet Kaplan Baim Firm
30 North LaSalle Street
Suite 1520
Chicago, IL 60602


Torres Credit Services, Inc.
27 Fairview Street
PO Box 189
Carlisle, PA 17013-3121


Dr. Emil Totonchi
860 North Clark Street
Chicago, IL 60610


United Collection Bureau, Inc.
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614

United Recovery Systems LP
5800 North Course Drive
Houston, TX 77072


US Energy Savings Corp.
PO Box 5598
Chicago, IL 60680-5598


V & V Supremo Foods, Inc.
2141 South Throop Street
Chicago, IL 60608


V & V Supremo Foods, Inc.
Department 10183
PO Box 87618
Chicago, IL 60680-0618


Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Van Ru Credit Corporation
4415 S Wendler Drive
Bldg B, Suite 200
Tempe, AZ 85282-6410


Viking Collection Service, Inc.
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


Vital Recovery Services, Inc.
PO Box 923748
Norcross, GA 30010-3748


Washington Mutual
P.O. Box 10467
Greenville, SC 29603


Washington Mutual
P.O. Box 99604
Arlington, TX 76096-9604

Waste Management
Attn: Billing Dept
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Wells Fargo
P.O. Box 348750
Sacramento, CA 95834


West Asset Management
7171 Mercy Road
Omaha, NE 68106


Williams, Babbit & Weisman, Inc.
Attn: Alan Katz, Esq.
5255 North Federal Highway
3rd Floor
Boca Raton, FL 33487